UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ABRAHAM VALENZUELA-GARCIA,<br><br>　　　　　　　　　　　　　Defendant. | Case No.: 21CR2067-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　　Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for February 18, 2022, shall be continued to **March 18, 2022** at **1:30 p.m.**

　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

　　　IT IS SO ORDERED.

Dated:  February 16, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge